NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PETER C. ESKELUND,⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣)

        Appellant,

v.                                                  Case No. 2D19-2372

BAYVIEW LOAN SERVICING, LLC.,

        Appellee.


Opinion filed November 13, 2019.

Appeal from the Circuit Court for Pasco
County; Susan G. Barthle, Judge.

Peter C. Eskelund, pro se.

Melisa Manganelli of Law Offices of
Mandel, Manganelli & Leider, P.A.,
Boca Raton for Appellee.

PER CURIAM.

        Affirmed.  See Fla. R. App. P. 9.315(a).


CASANUEVA, MORRIS, and SLEET, JJ., Concur.